Filed
Clerk of Court
United States District Court
By jamesburrell
On: August 4, 2026

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **INDICTMENT NO.** 1:26-CR-53-001 |
| **v.** | **18 U.S.C. § 922(g)(8)**<br>**Possession of a Firearm by a Prohibited Person** |
| **ALTON VINCENT**<br>**a/k/a "SLAUGHTER"** | **18 U.S.C. § 924(a)(1)(A)**<br>**False Statement During Purchase of a Firearm** |

**THE GRAND JURY CHARGES THAT:**

## COUNT ONE

*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(8)

On or about May 14, 2026, in Richmond County, within the Southern District of Georgia, the Defendant,

**ALTON VINCENT**
**a/k/a "SLAUGHTER,"**

knowing that he was subject to a court order issued in Richmond County, Georgia, Superior Court, on or about August 20, 2025, that was issued after a hearing for which he received actual notice and had an opportunity to participate, restraining him from harassing, stalking, and threatening an intimate partner and child of the intimate partner, and that included a finding that the defendant was a credible threat to the physical safety of said intimate partner and child of the intimate parter, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, to wit, a Glock, Model 31, .357 caliber pistol.

All in violation of Title 18, United States Code, Section 922(g)(8).

## COUNT TWO

*False Statement During Purchase of a Firearm*
18 U.S.C. § 924(a)(1)(A)

On or about May 16, 2026, in Richmond County, within the Southern District of Georgia, the Defendant,

**ALTON VINCENT**
**a/k/a "SLAUGHTER,"**

did knowingly make a false statement and representation to AAA Gun and Pawn, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of AAA Gun and Pawn, in that the defendant, **ALTON VINCENT a/k/a "SLAUGHTER,"** did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 Firearms Transaction Record, to the effect that he was not " subject to a court order, including a Military Protection Order issued by a military judge or magistrate, restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner," whereas in truth and fact, he was subject to such an order.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

## FORFEITURE ALLEGATIONS

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of Count One of this Indictment, the Defendant, **ALTON VINCENT a/k/a "SLAUGHTER,"** shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense(s), including, but not limited to, a Glock, Model 31, .357 caliber pistol (S/N BZVL221), and associated ammunition.

If any of the property described above, as a result of any act or commission of the Defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A True Bill.

Foreperson

Margaret E. Heap
United States Attorney

Joshua Kyle Davis
Assistant United States Attorney
*Lead Counsel

, Alex Hamner, Deputy Chief
Patricia G. Rhodes
Assistant United States Attorney
Chief, Criminal Division